UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Grand Jury N-22-1

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 3:24CR 83 (SVN) (RAR) |
| v. | VIOLATION: |
| KYLE PETERSEN and ERIK PETERSEN, a.k.a. "Peach" | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), 841(b)(1)(C), and 846 (Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances)

1. From in or about November 2022, through on or about April 3, 2024, the exact dates being unknown to the Grand Jury, in the District of Connecticut, the defendants KYLE PETERSEN and ERIK PETERSEN, a.k.a. "Peach," together with others known and unknown to the Grand Jury, did knowingly and intentionally conspire to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that the defendants KYLE PETERSEN and ERIK PETERSEN, together with others known and unknown to the Grand Jury, would distribute and possess with intent to distribute controlled substances, namely, methamphetamine, its salts, isomers, and salts of its isomers, and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), both Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

1

### Quantities of Controlled Substances Involved in the Conspiracy

3.  The defendant KYLE PETERSEN knew and reasonably should have foreseen from his own conduct and that of other members of the narcotics conspiracy charged in Count One that the conspiracy involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

4.  The defendants KYLE PETERSEN and ERIK PETERSEN, a.k.a. "Peach," knew and reasonably should have foreseen from their own conduct and that of other members of the narcotics conspiracy charged in Count One that the conspiracy involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

### FORFEITURE ALLEGATION
(Controlled Substances Offense)

5.  Upon conviction of the controlled substances offense alleged in Count One of this Indictment, the defendants KYLE PETERSEN and ERIK PETERSEN, a.k.a. "Peach," shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations of Title 21, United States Code, Sections 841 and 846, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, those violations and a sum of money equal to the total amount of proceeds obtained as a result of the violations, including but not limited to:

   a. $76,650 in U.S. currency seized on or about April 3, 2024 from 41 Seventh Street, Newington, Connecticut;

b. $57,530.20 seized from a Bank of America account; and

c. A 2014 Porsche Cayenne bearing VIN WP1AC2A24ELA85453 seized on or about April 3, 2024 from 41 Seventh Street, Newington, Connecticut.

6. If any of the above-described forfeitable property, as a result of any act or omission of the defendants named in this Indictment cannot be located upon the exercise of due diligence; has been transferred or sold to, or disposed with, a third person; has been placed beyond the jurisdiction of the United States District Court for the District of Connecticut; has been substantially diminished in value; or has been commingled with other property that cannot be subdivided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of those defendants, up to the value of the above-described forfeitable property.

All in accordance with Title 21, United States Code, Section 853 and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
_____
FOREPERSON

UNITED STATES OF AMERICA

*Vanessa Roberts Avery*
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

_____
BRENDAN KEEFE
ASSISTANT UNITED STATES ATTORNEY

3